UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALEXANDER ACOSTA

v.                                                              No. 3:18-cv-00532-MPS
                                                               March 12, 2019
KATHRYN T. PUCCIO

## MEMORANDUM IN SUPPORT OF
## MOTION OF KATHRYN T. PUCCIO TO OPEN DEFAULT

Defendant Kathryn T. Puccio has moved to open the Default entered against her, as is provided in Federal Rule of Civil Procedure 55(c), "The court may set aside an entry of default for good cause."

Defendant represents through counsel that she is 69 years old, has been and remains under medical care for illnesses that are serious and debilitating in nature, and she is a widowed housewife whose formal education is limited to a high school degree.

Further, undersigned counsel represents from his discussions with the Defendant that she did not understand the nature of the papers that had been served on her in the above action. Further, Defendant had been relying on representation from out-of-state counsel, Ernest Honecker, Esq., who had been in communication with the Plaintiff in the above claim before the case was brought and, upon information and belief, this matter was filed without Mr. Honecker being notified, or Defendant understanding that the papers served on her should have been forwarded to Mr. Honecker for counsel as she received them.

Counsel represents that he has spoken with both the Defendant and Mr. Honecker, that these discussions and his examination of the facts herein are ongoing, and that he is awaiting transfer of the file documentation from Mr. Honecker, but that counsel reasonably believes from the representations of the Defendant and Mr. Honecker that the Defendant has good defenses to the claim, and the interests of justice require that she not be constrained from developing and advancing such defenses as may reasonably be available to her.

Respectfully,

By _____

MARK A. SHIFFRIN, ESQ.
129 Church Street – Suite 501- New Haven CT 06510
Fed Bar ID Ct00245 - mark@markshiffrin.com
Tel. 203-553-5353

CERTIFICATION

A copy of the foregoing was served by email to Gail E. Glick, Senior Trial Attorney, Office of the Solicitor, U.S. Department of Labor, at glick.gail@dol.gov and bos-sol-ecf@dol.gov on 3/12/2019.

_____

Mark A. Shiffrin, Esq.