UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
R. ALEXANDER ACOSTA, Secretary of Labor,           *
 United States Department of Labor,                *
                                                   *
              Plaintiff,                            *
                                                   *
KATHRYN T. PUCCIO,                                 *    CIVIL ACTION FILE NO.
                                                   *    3:18-cv-00532-MPS
                                                   *
              Defendant.                            *
                                                   *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF THE JOINT MOTION
TO EXTEND TIME FOR PARTIES TO CONFER
PURSUANT TO Fed . R. Civ. P. 26(f)**

R. Alexander Acosta, Secretary of Labor, through his undersigned representative, and

Defendant Kathryn T. Puccio, through her legal representative, hereby move to extend the

deadline for the parties to confer and conduct a planning conference in accordance with Fed. R.

Civ. P. 26(f) and Local Civil Rule 26(f).

The parties move for an extension of time to confer because there is presently a Motion to

Dismiss, and Opposition to the Motion, pending before the Court.  In the event the Court does

not dismiss this matter, the parties agree to engage in a planning conference within five (5) days

of the issuance of the Court's decision, and to submit a written report to the Court within

fourteen (14) days, as the rule provides.

On the other hand, if the Court decides to dismiss the matter, without prejudice, the

Plaintiff intends to file the Complaint anew, and Defendant's legal representative agrees to

accept service of the Complaint on behalf of Defendant, and to file an Answer in a timely manner. According to Local Civil Rule 26(f), the parties shall then confer within thirty (30) days of Defendant's filing an appearance, or within whatever time parameters the Court deems appropriate.

In either case, it is the parties' intention to address this matter as expeditiously as possible.

For the foregoing reasons, the parties jointly request an extension of time to conduct a planning conference.

| | |
|---|---|
| */s/ Mark A. Shiffrin* | Kate S. O'Scannlain |
| Mark A. Shiffrin, Esq. | Solicitor of Labor |
| 129 Church Street, Suite 501 | |
| New Haven, CT 06510 | Maia S. Fisher |
| TEL: (203) 553-5353 | Regional Solicitor |
| mshiffrin@snet.com | |

*/s/ Gail E. Glick*
Gail E. Glick
Attorney
U.S. Department of Labor
Attorneys for Plaintiff

Post Office Address:
U.S. Department of Labor
Office of the Solicitor
JFK Federal Building
Room E-375
Boston, MA  02203

TEL: (617) 565-2500
FAX: (617) 565-2142
Email:  glick.gail@dol.gov

DATE:  May 7, 2019