UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

R. ALEXANDER ACOSTA
*Secretary of Labor*

vs.

CASE NO.: 3:18CV532 (MPS)

KATHRYN T. PUCCIO

## JUDGMENT

This action having come on for consideration of plaintiff's motion for summary judgment before the Honorable Michael P. Shea, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed its Ruling on February 12, 2021 granting the motion. The defendant is ordered to make payment of restitution in the amount of 84,321.48 to a trust to be established for Joseph A. Medina and Lynda Darnell Snagg ($288,385.36 and $196,036.12 respectively); it is hereby

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the plaintiff dismissing the case.

Dated at Hartford, Connecticut, February 17, 2021.

ROBIN D. TABORA, Clerk

By ____/s/____
Devorah Johnson
Deputy Clerk

EOD 02/17/21