UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

R. ALEXANDER ACOSTA
*Secretary of Labor*

vs.

KATHRYN T. PUCCIO

CASE NO.: 3:18CV532 (MPS)

## AMENDED JUDGMENT

This action having come on for consideration of plaintiff's motion for summary judgment before the Honorable Michael P. Shea, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed its Ruling on February 12, 2021 granting the motion. The defendant is ordered to make payment of restitution in the amount of 484,321.48 to a trust to be established for Joseph A. Medina and Lynda Darnell Snagg ($288,385.36 and $196,036.12 respectively);  it is hereby

ORDERED,  ADJUDGED and DECREED that judgment is entered in favor of the plaintiff dismissing the case.

Dated at Hartford, Connecticut, April 15, 2021.

ROBIN D. TABORA, Clerk

By _____/s/_____
Devorah Johnson
Deputy Clerk

EOD 04/15/21